■ MUHAMMED A. KHAWAJA, Respondent, v MICHAEL PIST-RITTO et al., Appellants. [812 NYS2d 361]—In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Queens County (LeVine, J.), dated May 11, 2005, which granted the plaintiff's motion to restore the action to the trial calendar.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, the Supreme Court properly granted the motion to restore the action to the trial calendar. Adams, J.P., Goldstein, Fisher and Lifson, JJ., concur.